**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Connor B. Brown aka Connor Bradley Brown**                    **BK NO. 26-01087 MJC**

    **Alyssa M. Brown aka Alyssa Marie Brown**                    **Chapter 13**
                **Debtor(s)**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

              Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
13 May 2026, 12:39:50, EDT

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

Document ID: f6e7500f9080f a3c10ed41d324bed646c90a25e0a6694fddec29fdc7548ad4aa