## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Connor B. Brown aka Connor Bradley Brown**

      **Alyssa M. Brown aka Alyssa Marie Brown**
**Debtor(s)**

**BK NO. 26-01087 MJC**

**Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.


      Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
13 May 2026, 12:39:50, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: f6e7500f9080f1a3c10ed41d324bed645c90a25e0a6694fddec29fdc7548ad4aa