| In re: | Case No. 26-01087-MJC |
|---|---|
| Connor B. Brown | Chapter 13 |
| Alyssa M. Brown | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-4 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: ntnew341 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Connor B. Brown, Alyssa M. Brown, 5856 Route 514, Granville Summit, PA 16926-9500 |
| 5798185 | | Chemung Canal Trust Company, PO Box 1552, Elmira, NY 14902 |
| 5798196 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T Mobile, PO Box 53410, Bellevue, WA 98015 |
| 5798198 | + | Welch Insurance, 2 E Main Street, Canton, PA 17724-1507 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5798179 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 21 2026 19:12:13 | Affirm, 650 California Street, Fl 12, San Francisco, CA 94108-2716 |
| 5798180 | ^ | MEBN | May 21 2026 18:57:32 | Atlas, 300 Coventry Road, Kensington, CA 94707-1214 |
| 5798186 | | Email/Text: resourcerecoverybk@chemungcanal.com | May 21 2026 19:00:00 | Chemung Canal Trust Company, 1 Chemung Canal Plaza, Elmira, NY 14901 |
| 5801921 | | Email/Text: resourcerecoverybk@chemungcanal.com | May 21 2026 19:00:00 | Chemung Canal Trust Company, PO Box 1522, Elmira, NY 14902 |
| 5798187 | | Email/Text: CantonRecoveryGroup@cbna.com | May 21 2026 19:01:00 | Community Bank NA, PO Box 628, Olean, NY 14760 |
| 5798627 | | Email/Text: CantonRecoveryGroup@cbna.com | May 21 2026 19:01:00 | COMMUNITY BANK, PO BOX 509, CANTON NY 13617 |
| 5798181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2026 19:00:22 | Capital One, PO Box Box 31293, Salt Lake City, UT 84131-0293 |
| 5798182 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2026 19:00:26 | Capital One Bank USA NA, PO Box Box 31293, Salt Lake City, UT 84131-0293 |
| 5799472 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2026 19:00:22 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5798183 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2026 19:00:22 | Capital One/Kohls, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5798184 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | May 21 2026 19:01:00 | Cash App, 1955 Broadway, Suite 600, Oakland, CA 94612-2205 |
| 5798188 | + | Email/Text: bankruptcy@credencerm.com | May 21 2026 19:01:00 | Credence Resource Management, 17000 Dallas Parkway Ste 20, Dallas, TX 75248-1930 |
| 5798189 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 21 2026 19:01:00 | Credit Collections, 725 Canton Street, Norwood, MA 02062-2679 |

| 5798190 | | Email/Text: Collections@fhfcu.org | | |
| | | | May 21 2026 19:01:00 | First Heritage FCU, 202 Denison Parkway E, Corning, NY 14830 |
| 5798196 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | | |
| | | | May 21 2026 19:01:00 | T Mobile, PO Box 53410, Bellevue, WA 98015 |
| 5798191 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 21 2026 19:00:26 | JPMCB - Card Services, PO Box Box 15369, Wilmington, DE 19850-5369 |
| 5802703 | + | Email/Text: RASEBN@raslg.com | | |
| | | | May 21 2026 19:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5798192 | ^ | MEBN | | |
| | | | May 21 2026 18:56:50 | MRS BPO, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5804816 | | Email/PDF: cbp@omf.com | | |
| | | | May 21 2026 19:00:22 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5798193 | + | Email/PDF: cbp@omf.com | | |
| | | | May 21 2026 19:00:26 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5798194 | + | Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | | May 21 2026 19:01:00 | Penelec, PO Box 16001, Reading, PA 19612-6001 |
| 5798195 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | May 21 2026 19:12:20 | Penny Mac, PO Box 514387 M, Los Angeles, CA 90051-4387 |
| 5800522 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | May 21 2026 19:00:23 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5798197 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | May 21 2026 19:00:00 | Verizon Wireless, PO Box Box 650051, Dallas, TX 75265-0051 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Lisa M. Doran | on behalf of Debtor 1 Connor B. Brown ldoran@dorananddoran.com  LDoran@jubileebk.net |

Lisa M. Doran

on behalf of Debtor 2 Alyssa M. Brown ldoran@dorananddoran.com  LDoran@jubileebk.net

Matthew K. Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Connor B. Brown,
aka Connor Bradley Brown,

**Debtor 1**

Alyssa M. Brown,
aka Alyssa Marie Brown,

**Debtor 2**

Chapter        13

Case No.        4:26−bk−01087−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: July 13, 2026<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 21, 2026 |

ntnew341 (09/23)