**Martha Lloyd Community Service**

Check Date: 3/10/2026

**ALYSSA M BROWN**
**5856 ROUTE 514**
**GRANVILLE SUMMIT PA 16926**

Department: DSP
Period Ends: 2/27/2026

**Available Accrual Hours**

| | |
|---|---|
| Vacation | 15.50 |
| Personal | 11.50 |

## Check Totals and Year to Date: 2026

| | Hours | Gross | Taxes | Deds | Expns | Net |
|---|---|---|---|---|---|---|
| Total | 36.75 | $629.16 | $75.17 | $0.00 | $0.00 | $553.99 |
| YTD | 207.5 | $3,557.77 | $465.62 | $0.00 | $0.00 | $3,092.15 |

## Earnings

| Earning Description | Hours | Amount | YTD |
|---|---|---|---|
| Holiday | 0.00 | $0.00 | $133.60 |
| Regular Hours | 36.75 | $629.16 | $3,424.17 |

## Deductions and Employer Contributions

| Description | Employee | YTD | Employer | YTD | Combd. YTD |
|---|---|---|---|---|---|

*All employer amounts are for informational purposes and not included in check totals.*

## Taxes

| Tax | Amount | YTD |
|---|---|---|
| FICA | $39.01 | $220.58 |
| FWT | $0.99 | $46.16 |
| Local Tax | $6.29 | $35.57 |
| Medicare | $9.12 | $51.59 |
| PA State Tax Wit... | $19.32 | $109.23 |
| SUTA | $0.44 | $2.49 |

## Pay Distribution

| Account | Amount |
|---|---|
| | 553.99 |

## Timecards

### Summary by Pay Type and Pay Rate

| Pay Type | Pay Rate | Hours | Exps | Flat Amount | Gross |
|---|---|---|---|---|---|
| Regular | $ 17.12 | 36.75 | $ 0.00 | $ 0.00 | $ 629.16 |

### Detail View

| Date | Location | Pay Rate | Pay Type | In | Out | Hours | Expns | Cmnt |
|---|---|---|---|---|---|---|---|---|
| 2/16/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $ 0.00 | |
| 2/17/2026 | WEST MAIN | $ 17.12 | Regular | 2:45:00 PM | 9:00:00 PM | 6.25 | $ 0.00 | |
| 2/18/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:30:00 PM | 6.5 | $ 0.00 | |
| 2/23/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $ 0.00 | |
| 2/24/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $ 0.00 | |
| 2/25/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $ 0.00 | |

 **myMITC**   **Martha Lloyd Community Service**

Check Date: 3/24/2026

| ALYSSA M BROWN | Department: | DSP | | Available Accrual Hours | |
|---|---|---|---|---|---|
| 5856 ROUTE 514 | Period Ends: | 3/13/2026 | | Vacation | 17.00 |
| GRANVILLE SUMMIT PA 16926 | | | | Personal | 13.00 |

### Check Totals and Year to Date: 2026

| | Hours | Gross | Taxes | Deds | Expns | Net |
|---|---|---|---|---|---|---|
| Total | 51 | $882.12 | $130.29 | $0.00 | $0.00 | $751.83 |
| YTD | 258.5 | $4,439.89 | $595.91 | $0.00 | $0.00 | $3,843.98 |

### Earnings

| Earning Description | Hours | Amount | YTD |
|---|---|---|---|
| Holiday | 0.00 | $0.00 | $133.60 |
| Regular Hours | 51.00 | $882.12 | $4,306.29 |

### Deductions and Employer Contributions

| Description | Employee | YTD | Employer | YTD | Combd. YTD |
|---|---|---|---|---|---|

*All employer amounts are for informational purposes and not included in check totals.*

### Taxes

| Tax | Amount | YTD |
|---|---|---|
| FICA | $54.69 | $275.27 |
| FWT | $26.29 | $72.45 |
| Local Tax | $8.82 | $44.39 |
| Medicare | $12.79 | $64.38 |
| PA State Tax Wit... | $27.08 | $136.31 |
| SUTA | $0.62 | $3.11 |

### Pay Distribution

| Account | Amount |
|---|---|
| xxxxxx9881 | 751.83 |

### Timecards

#### Summary by Pay Type and Pay Rate

| Pay Type | Pay Rate | Hours | Exps | Flat Amount | Gross |
|---|---|---|---|---|---|
| Regular | $ 17.12 | 45 | $ 0.00 | $ 0.00 | $ 770.40 |
| SHIFT LEADER | $ 18.62 | 6 | $ 0.00 | $ 0.00 | $ 111.72 |

#### Detail View

| Date | Location | Pay Rate | Pay Type | In | Out | Hours | Expns | Cmnt |
|---|---|---|---|---|---|---|---|---|
| 3/2/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $ 0.00 | |
| 3/3/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $ 0.00 | |
| 3/4/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $ 0.00 | |
| 3/7/2026 | WEST MAIN | $ 18.62 | SHIFT LE... | 9:00:00 AM | 3:00:00 PM | 6 | $ 0.00 | |
| 3/9/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $ 0.00 | |
| 3/10/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $ 0.00 | |
| 3/11/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 11:00:00 PM | 8 | $ 0.00 | |
| 3/12/2026 | WEST MAIN | $ 17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $ 0.00 | |
| 3/13/2026 | WEST MAIN | $ 17.12 | Regular | 1:30:00 PM | 2:30:00 PM | 1 | $ 0.00 | |

# myMITC

**Martha Lloyd Community Service**

Check Date: 4/7/2026

| | |
|---|---|
| ALYSSA M BROWN | Department: DSP |
| 5856 ROUTE 514 | Period Ends: 3/27/2026 |
| GRANVILLE SUMMIT PA 16926 | |

**Available Accrual Hours**

| | |
|---|---|
| Vacation | 18.50 |
| Personal | 14.50 |

## Check Totals and Year to Date: 2026

| | Hours | Gross | Taxes | Deds | Expns | Net |
|---|---|---|---|---|---|---|
| Total | 48 | $836.76 | $120.41 | $0.00 | $0.00 | $716.35 |
| YTD | 306.5 | $5,276.65 | $716.32 | $0.00 | $0.00 | $4,560.33 |

## Earnings

| Earning Description | Hours | Amount | YTD |
|---|---|---|---|
| Holiday | 0.00 | $0.00 | $133.60 |
| Regular Hours | 48.00 | $836.76 | $5,143.05 |

## Deductions and Employer Contributions

| Description | Employee | YTD | Employer | YTD | Combd. YTD |
|---|---|---|---|---|---|

*All employer amounts are for informational purposes and not included in check totals.

## Taxes

| Tax | Amount | YTD |
|---|---|---|
| FICA | $51.88 | $327.15 |
| FWT | $21.75 | $94.20 |
| Local Tax | $8.37 | $52.76 |
| Medicare | $12.13 | $76.51 |
| PA State Tax Wit... | $25.69 | $162.00 |
| SUTA | $0.59 | $3.70 |

## Pay Distribution

| Account | Amount |
|---|---|
| | 716.35 |

## Timecards

### Summary by Pay Type and Pay Rate

| Pay Type | Pay Rate | Hours | Exps | Flat Amount | Gross |
|---|---|---|---|---|---|
| Regular | $17.12 | 30 | $0.00 | $0.00 | $513.60 |
| Regular | $18.12 | 12 | $0.00 | $0.00 | $217.44 |
| SHIFT LEADER | $17.62 | 6 | $0.00 | $0.00 | $105.72 |

### Detail View

| Date | Location | Pay Rate | Pay Type | In | Out | Hours | Expns | Cmnt |
|---|---|---|---|---|---|---|---|---|
| 3/14/2026 | WEST MAIN | $18.12 | Regular | 11:00:00 PM | 11:59:59 PM | 1 | $0.00 | |
| 3/15/2026 | WEST MAIN | $18.12 | Regular | 12:00:00 AM | 5:00:00 AM | 5 | $0.00 | |
| 3/16/2026 | WEST MAIN | $17.62 | SHIFT LE... | 3:00:00 PM | 9:00:00 PM | 6 | $0.00 | |
| 3/17/2026 | WEST MAIN | $17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $0.00 | |
| 3/18/2026 | WEST MAIN | $17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $0.00 | |
| 3/21/2026 | WEST MAIN | $18.12 | Regular | 11:00:00 PM | 11:59:59 PM | 1 | $0.00 | |
| 3/22/2026 | WEST MAIN | $18.12 | Regular | 12:00:00 AM | 5:00:00 AM | 5 | $0.00 | |
| 3/23/2026 | WEST MAIN | $17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $0.00 | |
| 3/24/2026 | WEST MAIN | $17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $0.00 | |
| 3/25/2026 | WEST MAIN | $17.12 | Regular | 3:00:00 PM | 9:00:00 PM | 6 | $0.00 | |

# myMITC — Martha Lloyd Community Service



Check Date: 4/21/2026

**ALYSSA M BROWN**
5856 ROUTE 514
GRANVILLE SUMMIT PA 16926

Department: DSP
Period Ends: 4/10/2026

### Available Accrual Hours

| | |
|---|---|
| Vacation | 2.00 |
| Personal | 4.00 |

## Check Totals and Year to Date: 2026

| | Hours | Gross | Taxes | Deds | Expns | Net |
|---|---|---|---|---|---|---|
| Total | 30 | $513.60 | $60.56 | $0.00 | $0.00 | $453.04 |
| YTD | 336.5 | $5,790.25 | $776.88 | $0.00 | $0.00 | $5,013.37 |

## Earnings

| Earning Description | Hours | Amount | YTD |
|---|---|---|---|
| Holiday | 0.00 | $0.00 | $133.60 |
| Personal | 12.00 | $205.44 | $205.44 |
| Regular Hours | 0.00 | $0.00 | $5,143.05 |
| Vacation | 18.00 | $308.16 | $308.16 |

## Deductions and Employer Contributions

| Description | Employee | YTD | Employer | YTD | Combd. YTD |
|---|---|---|---|---|---|

*All employer amounts are for informational purposes and not included in check totals.

## Taxes

| Tax | Amount | YTD |
|---|---|---|
| FICA | $31.84 | $358.99 |
| FWT | $0.00 | $94.20 |
| Local Tax | $5.14 | $57.90 |
| Medicare | $7.45 | $83.96 |
| PA State Tax Wit... | $15.77 | $177.77 |
| SUTA | $0.36 | $4.06 |

## Pay Distribution

| Account | Amount |
|---|---|
| | 453.04 |

## Timecards

### Summary by Pay Type and Pay Rate

| Pay Type | Pay Rate | Hours | Exps | Flat Amount | Gross |
|---|---|---|---|---|---|
| PERSONAL | $ 17.12 | 12 | $ 0.00 | $ 0.00 | $ 205.44 |
| Vacation | $ 17.12 | 18 | $ 0.00 | $ 0.00 | $ 308.16 |

### Detail View

| Date | Location | Pay Rate | Pay Type | In | Out | Hours | Expns | Cmnt |
|---|---|---|---|---|---|---|---|---|
| 3/30/2026 | WEST MAIN | $ 17.12 | Vacation | ***** | ***** | 6 | $ 0.00 | |
| 3/31/2026 | WEST MAIN | $ 17.12 | Vacation | ***** | ***** | 6 | $ 0.00 | |
| 4/1/2026 | WEST MAIN | $ 17.12 | PERSONAL | ***** | ***** | 6 | $ 0.00 | |
| 4/6/2026 | WEST MAIN | $ 17.12 | Vacation | ***** | ***** | 6 | $ 0.00 | |
| 4/7/2026 | WEST MAIN | $ 17.12 | PERSONAL | ***** | ***** | 6 | $ 0.00 | |