**Department:** 707 707 - BC Waste Water Treatment
**Employee Number:** 2391 **Name:** BROWN, CONNOR B
**Pay Dates:** 02/08/2026-02/21/2026 218920

| Hours Code | | Hours Worked | Gross | Y.T.D. Gross |
|---|---|---|---|---|
| REG | Regular Hours | 75.7500 | 1,581.66 | 6,978.46 |
| HOL | Holiday | 8.0000 | 167.04 | 990.00 |
| Reg OT | Regular OT | 0.7500 | 23.49 | 485.46 |
| Holiday Work | Holiday Worked | 1.0000 | 31.32 | 408.49 |
| SICK TAKEN | Sick Leave Taken | 0.0000 | 0.00 | 80.31 |
| Vac used | Vacation Used | 0.0000 | 0.00 | 162.96 |
| PER USED | Personal Used | 0.0000 | 0.00 | 292.32 |
| RETRO PAY | Retroactive Pay | 0.0000 | 0.00 | 52.50 |
| | | **Gross Pay:** | **$1,803.51** | **$9,450.50** |

| Withholdings and Deductions | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| 08 Granville T\ | Granville Township | 1,649.26 | 16.49 | 88.34 |
| Fed | Federal Tax | 1,559.08 | 103.24 | 584.09 |
| FICA | Fica | 1,649.26 | 102.24 | 547.67 |
| Medicare | Medicare | 1,649.26 | 23.91 | 128.08 |
| State | State Tax | 1,649.26 | 50.63 | 271.18 |
| Unemploymen | SUTA - Unemployment | 1,803.51 | 1.25 | 6.61 |
| DENTAL 2025 | DENTAL - UNITED CONCORDIA | 0.00 | 50.69 | 202.76 |
| HSA/HDHP | HSA/High Deductible Health Plan | 0.00 | 100.00 | 400.00 |
| PRIN VOL LIF | PRIN VOL LIFE | 0.00 | 1.80 | 7.20 |
| RET | Retirement | 1,803.51 | 90.18 | 472.53 |
| VISION | VISION | 0.00 | 3.56 | 14.24 |
| | | **Net Pay:** | **$1,259.52** | **$6,727.80** |

| Employer Paid Taxes and Benefits | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| FICA | Fica | 1,649.26 | 102.24 | 547.67 |
| Medicare | Medicare | 1,649.26 | 23.91 | 128.08 |
| Unemploymen | SUTA - Unemployment | 1,803.51 | 50.50 | 264.62 |
| HSA-ER | HSA Employer Contribution | 0.00 | 0.00 | 2,000.00 |
| HSA/HDHP | High Deductible Health Plan | 0.00 | 1,492.23 | 5,968.92 |
| Prin GT LIFE | Principal Group Term Life | 0.00 | 2.48 | 4.96 |
| SHORT TERM | SHORT TERM DISABILITY | 0.00 | 25.06 | 50.12 |

| Accrual Hours | | Starting Balance | Hours Earned | Hours Taken | Ending Balance |
|---|---|---|---|---|---|
| PERSONAL | Personal Hours | 34.0000 | 0.0000 | 0.0000 | 34.0000 |
| SICK | Sick | 6.1662 | 0.0000 | 0.0000 | 6.1662 |
| VAC | Vacation | 8.0000 | 0.0000 | 0.0000 | 8.0000 |

**Bradford County Commissioners**
301 Main St
Towanda PA 18848

THIS IS NOT A CHECK

**CONNOR B BROWN**
**5856 RT 514**
**GRANVILLE SUMMIT, PA 16926**

02/27/2026 $1,259.52

**NON-NEGOTIABLE**

**Department:** 707 707 - BC Waste Water Treatment
**Employee Number:** 2391    **Name:** BROWN, CONNOR B
**Pay Dates:** 02/22/2026-03/07/2026    219297

| Hours Code | | Hours Worked | Gross | Y.T.D. Gross |
|---|---|---|---|---|
| REG | Regular Hours | 70.0000 | 1,461.60 | 8,440.06 |
| HOL | Holiday | 0.0000 | 0.00 | 990.00 |
| Reg OT | Regular OT | 0.0000 | 0.00 | 485.46 |
| Holiday Work | Holiday Worked | 0.0000 | 0.00 | 408.49 |
| SICK TAKEN | Sick Leave Taken | 4.2500 | 88.74 | 169.05 |
| Vac used | Vacation Used | 8.0000 | 167.04 | 330.00 |
| PER USED | Personal Used | 4.2500 | 88.74 | 381.06 |
| RETRO PAY | Retroactive Pay | 0.0000 | 0.00 | 52.50 |
| | **Gross Pay:** | | **$1,806.12** | **$11,256.62** |

| Withholdings and Deductions | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| 08 Granville T\ | Granville Township | 1,651.87 | 16.52 | 104.86 |
| Fed | Federal Tax | 1,561.56 | 103.54 | 687.63 |
| FICA | Fica | 1,651.87 | 102.43 | 650.10 |
| Medicare | Medicare | 1,651.87 | 23.96 | 152.04 |
| State | State Tax | 1,651.87 | 50.71 | 321.89 |
| Unemploymen | SUTA - Unemployment | 1,806.12 | 1.27 | 7.88 |
| DENTAL 2025 | DENTAL - UNITED CONCORDIA | 0.00 | 50.69 | 253.45 |
| HSA/HDHP | HSA/High Deductible Health Plan | 0.00 | 100.00 | 500.00 |
| PRIN VOL LIF | PRIN VOL LIFE | 0.00 | 1.80 | 9.00 |
| RET | Retirement | 1,806.12 | 90.31 | 562.84 |
| VISION | VISION | 0.00 | 3.56 | 17.80 |
| | **Net Pay:** | | **$1,261.33** | **$7,989.13** |

| Employer Paid Taxes and Benefits | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| FICA | Fica | 1,651.87 | 102.43 | 650.10 |
| Medicare | Medicare | 1,651.87 | 23.96 | 152.04 |
| Unemploymen | SUTA - Unemployment | 549.50 | 15.38 | 280.00 |
| HSA-ER | HSA Employer Contribution | 0.00 | 0.00 | 2,000.00 |
| HSA/HDHP | High Deductible Health Plan | 0.00 | 1,492.23 | 7,461.15 |
| Prin GT LIFE | Principal Group Term Life | 0.00 | 0.00 | 4.96 |
| SHORT TERM | SHORT TERM DISABILITY | 0.00 | 0.00 | 50.12 |

| Accrual Hours | | Starting Balance | Hours Earned | Hours Taken | Ending Balance |
|---|---|---|---|---|---|
| PERSONAL | Personal Hours | 34.0000 | 0.0000 | 4.2500 | 29.7500 |
| SICK | Sick | 6.1662 | 3.3333 | 4.2500 | 5.2495 |
| VAC | Vacation | 8.0000 | 8.0000 | 8.0000 | 8.0000 |

**Bradford County Commissioners**
301 Main St
Towanda PA 18848

THIS IS NOT A CHECK

**CONNOR B BROWN**
**5856 RT 514**
**GRANVILLE SUMMIT, PA 16926**

03/13/2026    $1,261.33

**NON-NEGOTIABLE**

**Department:** 707 707 - BC Waste Water Treatment
**Employee Number:** 2391 **Name:** BROWN, CONNOR B
**Pay Dates:** 03/08/2026-03/21/2026 219673

| Hours Code | | Hours Worked | Gross | Y.T.D. Gross |
|---|---|---|---|---|
| REG | Regular Hours | 70.2500 | 1,466.82 | 9,906.88 |
| HOL | Holiday | 0.0000 | 0.00 | 990.00 |
| Reg OT | Regular OT | 0.0000 | 0.00 | 485.46 |
| Holiday Work | Holiday Worked | 0.0000 | 0.00 | 408.49 |
| SICK TAKEN | Sick Leave Taken | 2.2500 | 46.98 | 216.03 |
| Vac used | Vacation Used | 0.0000 | 0.00 | 330.00 |
| PER USED | Personal Used | 13.5000 | 281.88 | 662.94 |
| RETRO PAY | Retroactive Pay | 0.0000 | 0.00 | 52.50 |
| | | **Gross Pay:** | **$1,795.68** | **$13,052.30** |

| Withholdings and Deductions | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| 08 Granville T\ | Granville Township | 1,641.43 | 16.41 | 121.27 |
| Fed | Federal Tax | 1,551.65 | 102.35 | 789.98 |
| FICA | Fica | 1,641.43 | 101.76 | 751.86 |
| Medicare | Medicare | 1,641.43 | 23.80 | 175.84 |
| State | State Tax | 1,641.43 | 50.39 | 372.28 |
| Unemploymen | SUTA - Unemployment | 1,795.68 | 1.26 | 9.14 |
| DENTAL 2025 | DENTAL - UNITED CONCORDIA | 0.00 | 50.69 | 304.14 |
| HSA/HDHP | HSA/High Deductible Health Plan | 0.00 | 100.00 | 600.00 |
| PRIN VOL LIF | PRIN VOL LIFE | 0.00 | 1.80 | 10.80 |
| RET | Retirement | 1,795.68 | 89.78 | 652.62 |
| VISION | VISION | 0.00 | 3.56 | 21.36 |
| | | **Net Pay:** | **$1,253.88** | **$9,243.01** |

| Employer Paid Taxes and Benefits | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| FICA | Fica | 1,641.43 | 101.76 | 751.86 |
| Medicare | Medicare | 1,641.43 | 23.80 | 175.84 |
| Unemploymen | SUTA - Unemployment | 0.00 | 0.00 | 280.00 |
| HSA-ER | HSA Employer Contribution | 0.00 | 0.00 | 2,000.00 |
| HSA/HDHP | High Deductible Health Plan | 0.00 | 1,492.23 | 8,953.38 |
| Prin GT LIFE | Principal Group Term Life | 0.00 | 2.48 | 7.44 |
| SHORT TERM | SHORT TERM DISABILITY | 0.00 | 25.06 | 75.18 |

| Accrual Hours | | Starting Balance | Hours Earned | Hours Taken | Ending Balance |
|---|---|---|---|---|---|
| PERSONAL | Personal Hours | 29.7500 | 0.0000 | 13.5000 | 16.2500 |
| SICK | Sick | 5.2495 | 0.0000 | 2.2500 | 2.9995 |
| VAC | Vacation | 8.0000 | 0.0000 | 0.0000 | 8.0000 |

**Bradford County Commissioners**
301 Main St
Towanda PA 18848

THIS IS NOT A CHECK

**CONNOR B BROWN**
**5856 RT 514**
**GRANVILLE SUMMIT, PA 16926**

03/27/2026  $1,253.88

**NON-NEGOTIABLE**

**Department:** 707 707 - BC Waste Water Treatment
**Employee Number:** 2391   **Name:** BROWN, CONNOR B
**Pay Dates:** 03/22/2026-04/04/2026   220056

| Hours Code | | Hours Worked | Gross | Y.T.D. Gross |
|---|---|---|---|---|
| REG | Regular Hours | 75.2500 | 1,571.22 | 11,478.10 |
| HOL | Holiday | 8.0000 | 167.04 | 1,157.04 |
| Reg OT | Regular OT | 1.0000 | 31.32 | 516.78 |
| Holiday Work | Holiday Worked | 0.0000 | 0.00 | 408.49 |
| SICK TAKEN | Sick Leave Taken | 1.5000 | 31.32 | 247.35 |
| Vac used | Vacation Used | 0.0000 | 0.00 | 330.00 |
| PER USED | Personal Used | 3.0000 | 62.64 | 725.58 |
| RETRO PAY | Retroactive Pay | 0.0000 | 0.00 | 52.50 |
| | **Gross Pay:** | | **$1,863.54** | **$14,915.84** |

| Withholdings and Deductions | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| 08 Granville T | Granville Township | 1,709.29 | 17.09 | 138.36 |
| Fed | Federal Tax | 1,616.11 | 110.09 | 900.07 |
| FICA | Fica | 1,709.29 | 105.98 | 857.84 |
| Medicare | Medicare | 1,709.29 | 24.78 | 200.62 |
| State | State Tax | 1,709.29 | 52.48 | 424.76 |
| Unemploymen | SUTA - Unemployment | 1,863.54 | 1.30 | 10.44 |
| DENTAL 2025 | DENTAL - UNITED CONCORDIA | 0.00 | 50.69 | 354.83 |
| HSA/HDHP | HSA/High Deductible Health Plan | 0.00 | 100.00 | 700.00 |
| PRIN VOL LIF | PRIN VOL LIFE | 0.00 | 1.80 | 12.60 |
| RET | Retirement | 1,863.54 | 93.18 | 745.80 |
| VISION | VISION | 0.00 | 3.56 | 24.92 |
| | **Net Pay:** | | **$1,302.59** | **$10,545.60** |

| Employer Paid Taxes and Benefits | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| FICA | Fica | 1,709.29 | 105.98 | 857.84 |
| Medicare | Medicare | 1,709.29 | 24.78 | 200.62 |
| Unemploymen | SUTA - Unemployment | 0.00 | 0.00 | 280.00 |
| HSA-ER | HSA Employer Contribution | 0.00 | 0.00 | 2,000.00 |
| HSA/HDHP | High Deductible Health Plan | 0.00 | 1,492.23 | 10,445.61 |
| Prin GT LIFE | Principal Group Term Life | 0.00 | 0.00 | 7.44 |
| SHORT TERM | SHORT TERM DISABILITY | 0.00 | 0.00 | 75.18 |

| Accrual Hours | | Starting Balance | Hours Earned | Hours Taken | Ending Balance |
|---|---|---|---|---|---|
| PERSONAL | Personal Hours | 16.2500 | 0.0000 | 3.0000 | 13.2500 |
| SICK | Sick | 2.9995 | 3.3333 | 1.5000 | 4.8328 |
| VAC | Vacation | 8.0000 | 0.0000 | 0.0000 | 8.0000 |

**Bradford County Commissioners**
301 Main St
Towanda PA 18848

THIS IS NOT A CHECK

**CONNOR B BROWN**
5856 RT 514
GRANVILLE SUMMIT, PA 16926

04/10/2026   $1,302.59

**NON-NEGOTIABLE**