## Local Bankruptcy Form 2016-2(c)

# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CASE NO. 4:26-bk-01087-MJC** |
| **Connor B. Brown aka Connor Bradley** | : | |
| **Brown and Alyssa M. Brown aka Alyssa** | : | **CHAPTER 13** |
| **Marie Brown,** | : | |
| Debtor | : | |

### Request for Payment of Chapter 13 Compensation and Expenses

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

**A.** Presumptively reasonable fees under LBR. 2016-2(c)
1. Amount agreed to by debtor             $    4,800.00
2. Less amount paid to attorney prior to filing petition      $      100.00
3. Balance of compensation to be paid through plan distributions   $    4,700.00
4. Expenses advanced to be paid through plan distributions:
   (describe expense and amount)                $

**B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)
1. Retainer received                         $
2. Compensation earned prepetition and paid to attorney prior to filing petition                        $
3. Expenses reimbursed prepetition              $
4. Balance in retainer after deduction of prepetition compensation and expenses                        $
5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account   $

**C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(20 in the following amount based on the information above:               $    4,700.00

Dated: April 21, 2026            /s/ *Lisa M. Doran*
                                Attorney for Debtor