UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Connor B Brown                                    CHAPTER: 13
5856 RT 514                                       CASE NUMBER: 26-01087
Granville Summit, AK 16947                        CLAIM AMOUNT: $1272.47
                                                  CLAIM: 7


Debtors.

_____


### **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , o

T-MOBILE USA INC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim 7, filed 5/27/2026, in the amount of $1272.47.

T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , on behalf of

T-MOBILE USA INC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 11th day of June, 2026.


                                    T Mobile/T-Mobile USA INC by Jefferson Capital Sys

                                    By: /s/ Erin Antonson
                                    Erin Antonson   Bankruptcy Specialist


                                    T Mobile/T-Mobile USA INC by Jefferson Capital Sys
                                    Assignee for T-MOBILE USA INC
                                    200 14th Avenue E
                                    Sartell, MN 56377
                                    (800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Connor B Brown<br>5856 RT 514<br>Granville Summit, AK 16947 |
| Debtor's Attorney: | Lisa  Doran<br>69 Public Square Suite 700<br>Wilkesbarre, PA 18701 |
| Chapter 13 Trustee: | Jack N Zaharopoulos<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

by submitting electronically with the court.

This 11th day of June, 2026.

T Mobile/T-Mobile USA INC by Jefferson Capital Sys

By: /s/ Erin Antonson
Erin Antonson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
Assignee for T Mobile/T-Mobile USA INC by Jefferso
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314