UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    CONNOR B. BROWN<br>    ALYSSA M. BROWN<br>                Debtors<br><br>    JACK N. ZAHAROPOULOS<br>    STANDING CHAPTER 13 TRUSTEE<br>                Movant<br><br>      vs.<br><br>    CONNOR B. BROWN<br>    ALYSSA M. BROWN<br>                Respondents | CHAPTER 13<br><br>CASE NO. 4:26-BK-01087-MJC |

## <u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1.    Debtors' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtors have access to non-exempt equity in the following: Residential real estate. Trustee requests proof of the value of the Debtors' home as stated in his/her schedules.

2.    Trustee avers that Debtors' Plan is not feasible based upon the following: Secured claim(s) is not in the Plan. See Claim 6-1.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

        a.    Deny confirmation of Debtors' plan.
        b.    Dismiss or convert Debtors' case.
        c.    Provide such other relief as is equitable and just.

Dated: July 13, 2026              Respectfully submitted:

                                      /s/ Jack N. Zaharopoulos

                                  Standing Chapter 13 Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA  17036
                                  (717) 566-6097

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

LISA M. DORAN, ESQUIRE
69 PUBLIC SQUARE SUITE 700
WILKES-BARRE, PA 18701

Dated: July 13, 2026

/s/ Ashley Schott
_____

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee