United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 26-01087-MJC

Connor B. Brown                                                    Chapter 13

Alyssa M. Brown

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4                  User: AutoDocke                          Page 1 of 3

Date Rcvd: Jul 13, 2026          Form ID: ntcnfhrg                       Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Connor B. Brown, Alyssa M. Brown, 5856 Route 514, Granville Summit, PA 16926-9500 |
| 5798185 | | Chemung Canal Trust Company, PO Box 1552, Elmira, NY 14902 |
| 5806587 | + | T-MOBILE USA INC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5798198 | + | Welch Insurance, 2 E Main Street, Canton, PA 17724-1507 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2026 18:51:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| 5798179 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 13 2026 18:59:46 | Affirm, 650 California Street, Fl 12, San Francisco, CA 94108-2716 |
| 5798180 | ^ | MEBN | Jul 13 2026 18:49:35 | Atlas, 300 Coventry Road, Kensington, CA 94707-1214 |
| 5798186 | | Email/Text: resourcerecoverybk@chemungcanal.com | Jul 13 2026 18:51:00 | Chemung Canal Trust Company, 1 Chemung Canal Plaza, Elmira, NY 14901 |
| 5801921 | | Email/Text: resourcerecoverybk@chemungcanal.com | Jul 13 2026 18:51:00 | Chemung Canal Trust Company, PO Box 1522, Elmira, NY 14902 |
| 5798187 | | Email/Text: CantonRecoveryGroup@cbna.com | Jul 13 2026 18:51:00 | Community Bank NA, PO Box 628, Olean, NY 14760 |
| 5798627 | | Email/Text: CantonRecoveryGroup@cbna.com | Jul 13 2026 18:51:00 | COMMUNITY BANK, PO BOX 509, CANTON NY 13617 |
| 5798181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 18:59:45 | Capital One, PO Box Box 31293, Salt Lake City, UT 84131-0293 |
| 5798182 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 18:59:45 | Capital One Bank USA NA, PO Box Box 31293, Salt Lake City, UT 84131-0293 |
| 5799472 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 18:59:40 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5798183 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 18:59:45 | Capital One/Kohls, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5798184 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Jul 13 2026 18:51:00 | Cash App, 1955 Broadway, Suite 600, Oakland, CA 94612-2205 |
| 5798188 | + | Email/Text: bankruptcy@credencerm.com | Jul 13 2026 18:51:00 | Credence Resource Management, 17000 Dallas Parkway Ste 20, Dallas, TX 75248-1930 |
| 5798189 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 13 2026 18:51:00 | Credit Collections, 725 Canton Street, Norwood, MA 02062-2679 |

| | | | |
|---|---|---|---|
| 5798190 | Email/Text: Collections@fhfcu.org | Jul 13 2026 18:51:00 | First Heritage FCU, 202 Denison Parkway E, Corning, NY 14830 |
| 5798196 | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jul 13 2026 18:51:00 | T Mobile, PO Box 53410, Bellevue, WA 98015 |
| 5798191 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2026 18:59:52 | JPMCB - Card Services, PO Box Box 15369, Wilmington, DE 19850-5369 |
| 5802703 | + Email/Text: RASEBN@raslg.com | Jul 13 2026 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5798192 | ^ MEBN | Jul 13 2026 18:49:06 | MRS BPO, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5804816 | Email/PDF: cbp@omf.com | Jul 13 2026 18:59:52 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5798193 | + Email/PDF: cbp@omf.com | Jul 13 2026 18:59:40 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5811261 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2026 18:59:46 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5798194 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jul 13 2026 18:51:00 | Penelec, PO Box 16001, Reading, PA 19612-6001 |
| 5809056 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jul 13 2026 18:51:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5798195 | + Email/PDF: ebnotices@pnmac.com | Jul 13 2026 19:13:16 | Penny Mac, PO Box 514387 M, Los Angeles, CA 90051-4387 |
| 5813527 | + Email/PDF: ebnotices@pnmac.com | Jul 13 2026 19:13:09 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5800522 | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2026 18:59:41 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5812132 | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2026 18:59:46 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5798197 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 13 2026 18:51:00 | Verizon Wireless, PO Box Box 650051, Dallas, TX 75265-0051 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Lisa M. Doran | on behalf of Debtor 1 Connor B. Brown ldoran@dorananddoran.com  LDoran@jubileebk.net |
| Lisa M. Doran | on behalf of Debtor 2 Alyssa M. Brown ldoran@dorananddoran.com  LDoran@jubileebk.net |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Connor B. Brown,
aka Connor Bradley Brown,

Chapter 13

**Debtor 1**

Case No. 4:26−bk−01087−MJC

Alyssa M. Brown,
aka Alyssa Marie Brown,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 13, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 20, 2026<br><br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 13, 2026 |

ntcnfhrg (08/21)