United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                 Case No. 26-01087-MJC

Connor B. Brown                                                Chapter 13

Alyssa M. Brown

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4                    User: AutoDocke                    Page 1 of 3

Date Rcvd: Jul 13, 2026                 Form ID: pdf002                    Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Connor B. Brown, Alyssa M. Brown, 5856 Route 514, Granville Summit, PA 16926-9500 |
| 5798185 | | Chemung Canal Trust Company, PO Box 1552, Elmira, NY 14902 |
| 5806587 | + | T-MOBILE USA INC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5798198 | + | Welch Insurance, 2 E Main Street, Canton, PA 17724-1507 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2026 18:51:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| 5798179 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 13 2026 18:59:54 | Affirm, 650 California Street, Fl 12, San Francisco, CA 94108-2716 |
| 5798180 | ^ | MEBN | Jul 13 2026 18:49:36 | Atlas, 300 Coventry Road, Kensington, CA 94707-1214 |
| 5798186 | | Email/Text: resourcerecoverybk@chemungcanal.com | Jul 13 2026 18:51:00 | Chemung Canal Trust Company, 1 Chemung Canal Plaza, Elmira, NY 14901 |
| 5801921 | | Email/Text: resourcerecoverybk@chemungcanal.com | Jul 13 2026 18:51:00 | Chemung Canal Trust Company, PO Box 1522, Elmira, NY 14902 |
| 5798187 | | Email/Text: CantonRecoveryGroup@cbna.com | Jul 13 2026 18:51:00 | Community Bank NA, PO Box 628, Olean, NY 14760 |
| 5798627 | | Email/Text: CantonRecoveryGroup@cbna.com | Jul 13 2026 18:51:00 | COMMUNITY BANK, PO BOX 509, CANTON NY 13617 |
| 5798181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 18:59:40 | Capital One, PO Box Box 31293, Salt Lake City, UT 84131-0293 |
| 5798182 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 18:59:45 | Capital One Bank USA NA, PO Box Box 31293, Salt Lake City, UT 84131-0293 |
| 5799472 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 18:59:45 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5798183 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 18:59:53 | Capital One/Kohls, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5798184 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Jul 13 2026 18:51:00 | Cash App, 1955 Broadway, Suite 600, Oakland, CA 94612-2205 |
| 5798188 | + | Email/Text: bankruptcy@credencerm.com | Jul 13 2026 18:51:00 | Credence Resource Management, 17000 Dallas Parkway Ste 20, Dallas, TX 75248-1930 |
| 5798189 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 13 2026 18:51:00 | Credit Collections, 725 Canton Street, Norwood, MA 02062-2679 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5798190 | Email/Text: Collections@fhfcu.org | Jul 13 2026 18:51:00 | First Heritage FCU, 202 Denison Parkway E, Corning, NY 14830 |
| 5798196 | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jul 13 2026 18:51:00 | T Mobile, PO Box 53410, Bellevue, WA 98015 |
| 5798191 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2026 18:59:45 | JPMCB - Card Services, PO Box Box 15369, Wilmington, DE 19850-5369 |
| 5802703 | + Email/Text: RASEBN@raslg.com | Jul 13 2026 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5798192 | ^ MEBN | Jul 13 2026 18:49:07 | MRS BPO, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5804816 | Email/PDF: cbp@omf.com | Jul 13 2026 18:59:45 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5798193 | + Email/PDF: cbp@omf.com | Jul 13 2026 18:59:41 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5811261 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2026 18:59:41 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5798194 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jul 13 2026 18:51:00 | Penelec, PO Box 16001, Reading, PA 19612-6001 |
| 5809056 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jul 13 2026 18:51:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5798195 | + Email/PDF: ebnotices@pnmac.com | Jul 13 2026 18:59:54 | Penny Mac, PO Box 514387 M, Los Angeles, CA 90051-4387 |
| 5813527 | + Email/PDF: ebnotices@pnmac.com | Jul 13 2026 19:12:48 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5800522 | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2026 18:59:41 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5812132 | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2026 18:59:41 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5798197 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 13 2026 18:51:00 | Verizon Wireless, PO Box Box 650051, Dallas, TX 75265-0051 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Jack N Zaharopoulos

ecf@pamd13trustee.com

Lisa M. Doran

on behalf of Debtor 2 Alyssa M. Brown ldoran@dorananddoran.com  LDoran@jubileebk.net

Lisa M. Doran

on behalf of Debtor 1 Connor B. Brown ldoran@dorananddoran.com  LDoran@jubileebk.net

Maggie Soboleski

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC msoboleski@kmllawgroup.com

Matthew K. Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CONNOR B. BROWN and
ALYSSA M. BROWN
                    Debtor(s)

: CHAPTER 13
:
: CASE NO. 4-26--bk-01087
:
:  __X__  **ORIGINAL PLAN**
: ____  AMENDED PLAN
:         (indicate 1st, 2nd , 3rd, etc )
:  __0__  Number of Motions to Avoid Liens
:  __0__  Number of Motions to Value
:         Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in §9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ■ Included | ☐ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E. which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN**

   A. **Plan Payments From Future Income**

      1. To date, the Debtor paid $__0__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total

1

Document ID: 35cf7b3a-631d-449e-83bc-90341be32020

base plan is $  *see "Total Payments" in chart below*  plus other payments and property stated in § 1B below:

| Start mm/yy | End Mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 7/2026 | 6/2031 | $ 270.00 | $0 | $ 270.00 | $ 16,200.00 |
| | | | | Total Payments: | $ 16,200.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ( X ) Debtor is at or under median income. *If this line is checked, the rest of §1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $\_\_\_\_0\_\_\_\_. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

Check one of the following two lines:

\_\_\_X\_\_ No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete 1.B.3 if applicable.*

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:_____

2. **SECURED CLAIMS**

A. **Pre-Confirmation Distributions.** *Check one:*

\_\_X\_\_ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

2

Document ID: 35cf7b3a-631d-449e-83bc-90341be32020

B. **Mortgages (including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one*

_____ None. *If this is checked, the rest of § 2.B need not be completed or reproduced.*

__X__ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| PENNYMAC | 5856 Route 514 Granville Summit, PA 16926 | 3378 |
| ONE MAIN FINANCIAL | 2014 Chevrolet Silverado | |

C. **Arrears (including but not limited to, claims secured by Debtor's principal residence).** *Check one.*

_____ None. *If this is checked, the rest of § 2.C need not be completed or reproduced.*

__X__ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322 (b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Est. Pre-petition Arrears to be Cured | Est. Post-petition Arrears to be Cured | Est. Total to be paid in plan |
|---|---|---|---|---|
| PENNYMAC | 5856 Route 514 Granville Summit, PA 16926 | $ 6,769.36 | $ 806.87 (May 2026 pmt) | $7,576.23 |

D. **Other secured claims (conduit payments and claims for which a §506 valuation is not applicable, etc)**

__X__ None. *If this is checked, the rest of § 2.D need not be completed or reproduced*

E. **Secured claims for which a §506 valuation is applicable.** *Check one*

__X__ None. *If this is checked, the rest of § 2.E need not be completed or reproduced.*

3

Document ID: 35cf7b3a-631d-449e-83bc-90341be32020

**F. Surrender of Collateral:** *Check one*

____ None. *If this is checked, the rest of § 2.F need not be completed or reproduced.*

__X__ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan, the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| **CHEMUNG CANAL BANK** | 2025 Chevrolet Trax |

**G. Lien Avoidance.** Do not use for mortgages or for statutory liens, such as tax liens *Check one.*

__X__ None. *If this is checked, the rest of § 2.G need not be completed or reproduced.*

## 3. PRIORITY CLAIMS

### A. Administrative Claims

1. Trustee Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney fees. Complete only one of the following options:
   a. In addition to the retainer of $__100.00__ already paid by the Debtor, the amount of $__4,700.00__ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. The balance of fees owed to the attorney for the debtor(s) is estimated to be $_____. This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditors, consistent with the priority scheme established in this plan.

3. Other Other administrative claims not included in §§3.A.1 or 3.A.2 above. *Check one:*

   __X__ None. *If this is checked, the rest of § 3.A.3 need not be completed or reproduced.*

4

Document ID: 35cf7b3a-631d-449e-83bc-90341be32020

### B. Priority Claims (including, certain Domestic Support Obligations

Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| | $ |

### C. Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B). *Check one of the following two lines:*

__X__ None. *If this is checked, the rest of § 3.C need not be completed or reproduced.*

## 4. UNSECURED CLAIMS

### A. Claims of Unsecured Nonpriority Creditors Specially Classified. Check one of the following two lines:

____ None. *If this is checked, the rest of § 4.A need not be completed or reproduced.*

__X__ To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

| Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
|---|---|---|---|---|
| PENELEC | A third party is co-liable on this debt, but Debtors received all of the benefit from the electric service | $2,762.99 | 0 % | $2,762.99 |

### B. Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.

## 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES. *Check one of the following two lines:*

__X__ None. *If this is checked, the rest of § 5 need not be completed or reproduced.*

## 6. VESTING OF PROPERTY OF THE ESTATE.

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

__X__ plan confirmation.
_____ entry of discharge.
_____ closing of case.

5

Document ID: 35cf7b3a-631d-449e-83bc-90341be32020

## 7. DISCHARGE (Check One)

( **X** ) The debtor will seek a discharge pursuant to §1328(a).

( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in §1328(f).

## 8. ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority, or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are filled in, the rest of § 8 need not be completed or reproduced. If the above Levels are not filled- in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:   Adequate protection payments.
Level 2:   Debtor's attorney's fees.
Level 3:   Domestic Support Obligations.
Level 4:   Priority claims, pro rata.
Level 5:   Secured claims, pro rata.
Level 6:   Specially classified unsecured claims.
Level 7:   Timely filed general unsecured claims.
Level 8:   Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS

*Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit)*

**A.** There are no known arrears on the vehicle loan with **ONE MAIN** but if an arrears is filed in an allowed proof of claim, it will be paid in the plan.

Dated: ___06/05/2026_____

_____
Attorney for Debtor
Connor B. Brown
_____
Connor B. Brown
Alyssa M. Brown
_____
Alyssa M. Brown

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in §9.

6

Document ID: 35cf7b3a-631d-449e-83bc-90341be32020