# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CASE NO. 4:26-bk-01087-MJC** |
| **Connor B. Brown aka Connor Bradley** | : | |
| **Brown and Alyssa M. Brown aka Alyssa** | : | **CHAPTER 13** |
| **Marie Brown,** | : | |
| Debtor | : | |
| | : | |
| Pennymac Loan Services, LLC, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Connor B. Brown aka Connor Bradley | : | |
| Brown and Alyssa M. Brown aka Alyssa | : | |
| Marie Brown, and | : | |
| Jack N. Zaharopoulos, Trustee | : | |
| Respondents | : | |

**Answer to Motion for Relief**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.  The payment for May, 2026 was included in the proposed Chapter 13 Plan.

By way of further answer, the Debtor paid the June, 2026 payment and will shortly pay July.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

Wherefore the Debtors request that the Motion for Relief be denied.

DORAN & DORAN, P.C.

BY: /s/ Lisa M. Doran

LISA M. DORAN, ESQUIRE
PA. ID# 58879
Attorney for Debtors
69 Public Square, STE 700
Wilkes-Barre, PA 18701
(570) 823-9111

Dated: July 22, 2026